IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION    MDL 2326

---

THIS DOCUMENT RELATES TO:

PATRICIA NORTH,

                Plaintiff,

v.                                Civil Action No. 2:15-cv-05596

BOSTON SCIENTIFIC CORPORATION,

                Defendant.

## MEMORANDUM OPINION AND ORDER

On March 15, 2018, a Suggestion of Death was filed by plaintiff's counsel suggesting the death of Patricia North during the pendency of this civil action. [ECF No. 10].

Pursuant to Federal Rule of Civil Procedure 25(a) and Pretrial Order ("PTO") # 191 (Requirements for Counsel to Deceased Plaintiffs) filed in *In re: Boston Scientific Corp., Pelvic Repair System Products Liab. Litig.*, 2:12-md-2326 [ECF No. 6406], the time to substitute a proper party for the deceased party has expired and there has been no motion to substitute the deceased party. Patricia North is the only plaintiff named in this civil action.

The court **ORDERS** that pursuant to Rule 25(a) and PTO # 191, this case is **DISMISSED without prejudice** and **STRICKEN** from the docket. Any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: March 18, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE